P-50466-MAC



Michael J. Fitzpatrick
Chief
U.S. Probation Officer

Cheryl L. Holmes
Sr. Deputy Chief
U.S. Probation Officer

James T. Blackford
Deputy Chief
U.S. Probation Officer

Chris A. Palladino
Deputy Chief
U.S. Probation Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### PROBATION OFFICE

New York, NY
June 16, 2009

Lisa Dube
U.S. Probation Officer
United States Probation
499 Essex Street, Room 3
Lawrence, MA 01840-1269

**RE: MAS MARQUES, Diego**
**DKT. # Crim Misc 1 pg 12**

### TRANSFER OF SUPERVISION

Dear USPO Dube:

Reference is made to the above-noted individual who recently transferred to your district as of June 2, 2009. We are forwarding our case file at this time to assist you in the supervision of the offender.  If additional information is needed, please contact the undersigned officer at (212) 805-5153. Thank you for your assistance in this matter.

Very truly yours,

Michael J. Fitzpatrick
Chief U. S. Probation Officer

Margaret A. Carroll
Senior U.S. Probation Officer

NYC Office Location:

Woolworth Building
233 Broadway, 14th Floor
New York, NY 10279
212.805.0040
212.805.0047 - Fax

NYC Office Mailing Address:

Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

White Plains Office:

United States Courthouse
300 Quarropas Street
White Plains, NY 10601-1901
914.390.4040
914.390.4055 - Fax

Middletown Office:

25 South Street
Middletown, NY 10940-6435
845.344.2789
845.344.2722 - Fax

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
### PROBATION OFFICE

**John M. Bocon**
Chief U.S. Probation Officer

499 Essex Street
2nd Floor
Lawrence, MA 01840-1269
(978) 689-3653
Fax -(978) 689-9067



May 27, 2009

Michael J. Fitzpatrick
Chief U.S. Probation Officer
U.S. Probation, Southern District of New York
Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10601-1901

**RE: MAS MARQUES JR. Diego**
**<u>Acceptance of Supervision Transfer</u>**

Dear Chief Fitzpatrick:

In response to the request that this office conduct a pre-transfer of supervision investigation of the above named individual, this letter will serve as notification of our acceptance of this case, pending approval of the modification of conditions to include a batterer's treatment condition, as requested and forwarded to Sr. PO Margaret Carroll.

An inspection was conducted at the home of Mary Mas Marques at 32 Webster Street, Medford, MA, and the residence was deemed suitable.

At your earliest convenience, would you kindly forward the working file to this office.

Thank you for your attention to this matter.

Very truly yours,

Lisa Dubé
U.S. Probation Officer
978-689-3885

Reviewed and Approved by

_____
John G. Marshall
Supervising U.S. Probation Officer

Pacti: 21451
To: Dube

P-50466-MAC



Michael J. Fitzpatrick
Chief
U.S. Probation Officer

Cheryl L. Holmes
Sr. Deputy Chief
U.S. Probation Officer

James T. Blackford
Deputy Chief
U.S. Probation Officer

Chris A. Palladino
Deputy Chief
U.S. Probation Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### PROBATION OFFICE
New York, NY
April 9, 2009





Mr. John M. Bocon
Chief U.S. Probation Officer
District of Massachusetts
1200 John Joseph Moakley Courthouse
One Courthouse Way
Boston, Ma. 02210

**RE: MAS MARQUES JR. , Diego**
**Docket # (none) Transfer Treaty**

Subject: <u>Request for Pre-Transfer Investigation</u>
<u>(EXPEDITED)</u>

Dear Chief Bocon:

On July 17, 2000, the above-noted individual was convicted by jury trial and sentenced in Spain to 1 year imprisonment on Count one - Burglary; 2 years imprisonment on Count 2 - Burglary; and 12 years imprisonment on Count 3 - Willful Homicide. Pursuant to a Transfer Treaty, he was transferred to the United States to serve the remainder of his sentence and was released to a three (3) year term of Supervised Release in our district on August 20, 2008.

During the course of supervision, the releasee has made a marginal adjustment as he failed to secure employment and had difficulty maintaining a stable residence. Following his release, it was learned that the releasee had an outstanding warrant from South Boston District Court from a case dating back to 1994 for 2 counts of Rape. The Massachusetts Police Department was contacted and stated that they would not extradite on this case. The releasee was provided an opportunity to hire an attorney and subsequently turned himself in on December 24, 2008. Due to arriving at the Courthouse on that date late, he was instructed to return on another date. On that day, he was also advised by Probation authorities that he had 3 additional warrants out of various jurisdictions in the Massachusetts area. Mas Marques returned to South District Court on January 15, 2009, and was remanded and held until February 10, 2009. During the course of the next several weeks he was able to clear up outstanding cases in South Boston, Quincy, Brighton, and Woburn, resulting in all charges being dismissed.

| NYC Office Location: | NYC Office Mailing Address: | White Plains Office: | Middletown Office: |
| --- | --- | --- | --- |
| Woolworth Building<br>233 Broadway, 14th Floor<br>New York, NY 10279<br>212.805.0040<br>212.805.0047 - Fax | Daniel Patrick Moynihan<br>United States Courthouse<br>500 Pearl Street<br>New York, NY 10007-1312 | United States Courthouse<br>300 Quarropas Street<br>White Plains, NY 10601-1901<br>914.390.4040<br>914.390.4055 - Fax | 25 South Street<br>Middletown, NY 10940-6435<br>845.344.2789<br>845.344.2722 - Fax |

MAS MARQUES, DIEGO                                                    P-50466-MAC

-2-

Regarding the Woburn case, this stems from a 1991 complaint of Assault made by his then girlfriend Mary Bulman, who is the mother of his now 18 year old son. In 1995 a default warrant was issued as the releasee failed to return to Court. During a Court appearance on April 3, 2009, there was a finding that he violated terms of Probation and he was ordered to pay a $750.00 Fine which was satisfied on that date. On March 12, 2009, he married Mary Bulman, the alleged victim in the Worburn case. In a written letter from Ms. Bulman she stated that she and the releasee wish to build a future together and she wishes for him to reside with her during which time she will 'financially and emotionally' support him. Ms. Bulman is employed as a Nurse at Massachusetts General Hospital. Attached please find the handwritten letter from Mary Bulman dated April 9, 2009.

Due to the above, we are requesting an expedited Pre-Release investigation. Mr. Mas Margues wishes to reside with his wife ay 32 Webster Street, Medford, MA. 02155. Home # (617) 771-8072, and Cell # (781) 391-2995. Atthis time, he does not have any ties or a residence in this district and will be staying at various hostels until the Pre-Transfer investigation can be completed. Attached please find a copy of the Supplemental Report to the Bureau of Prisons prepared for the U.S. Parole Commission in January 2007, and Transfer Treaty paperwork. Thank you for your assistance this matter. Should you have any further questions, please feel free to contact the undersigned officer at (212) 805-5153.

Very truly yours,

Michael J. Fitzpatrick
Chief U. S. Probation Officer

Margaret A. Carroll
Senior U.S. Probation Officer
212-805-5153