FILED
IN CLERK'S OFFICE

2013 JUL 16  P 12: 27

U.S. DISTRICT COURT
DISTRICT OF MASS.

July 2, 2013

Diego Mas Marques
5114 Inwood Drive
Woburn, MA 01801
Tel.: 617-416-8670

**Chief Judge Mark L. Wolf**
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, Ma 02210

Dear Honorable Judge Wolf,

On January 18, 2013 I forwarded a Motion to Seal, for a matter, that originated in Palma de Mallorca and not only has nothing to do with the United States, this case and sentence from Spain was obtained fraudulently. I was found not guilty by the Jury of 9, then the Judge who for the first time did a Jury Trial sent all 9 Jurors and the two reserve Jurors back to the drawing board, in order to come up with charge that would justify their initial charges, which were pure nonsense and fabricated. The cause of death in this case was "unknown" and their were no signs at all of any violence. Yes, you've heard it before but this is absolutely the truth, I was railroaded in Palma de Mallorca and went through psychological and physical torture, while in the prison in Palma de Mallorca. You can Google "Corruption in the prison of Palma de Mallorca" and there you will even see the Prison Guard Antonio C.O who assaulted me for not going along with the corrupt schemes in the Palma de Mallorca prison. All of this is well documented through the US Consulate in Barcelona and the US Embassy in Madrid. Even the Supreme Court in Madrid found me not guilty of these charges and ordered me to be released and given a new Trial in June of 2004. Then my case was transferred to another Prosecutor 6 weeks later and he stated, that everything should stay the same. I have all the documented evidence and will gladly present all of it to you and this Court.

The corruption that goes on in the Court of Palma de Mallorca are just beyond belief and when I arrived by way of Treaty Transfer in New York City on May 24, 2006 the first couple of Attorney's could not believe this and were unwilling to have any of the Spanish documents translated into English. Then Attorney Marvin Schechter was assigned to my case and he translated the pertinent document and he could not believe it and nobody would believe this, unless they saw it in black and white.The Jury of 9 had declared that I was innocent by a majority of the original charges in the Spanish Court. So, when the Judge didn't like the results and had the verdict returned to the Jurors, they then came to the verdict that the Judge wanted "homicidio dolo eventual", that does not even exist

in the Spanish Penal Code and then this Spanish Court leaked to the press, that I was found guilty of their original charge of "homicidio", which simply was not true. Why did they do this? Because the Prosecutor and Spanish Court made it public before the Trial, that they were asking for 12 years, 2 years and 1 year and now the Jurors voted unanimously, that this was an accident and not intentional at all, so this would have meant basically my immediate release from their prison. So, the Spanish Court changed the wording around to "homicidio dolo eventual" and this is a charge that does not even exist in the Spanish Penal Code at all and the Jurors who know nothing of Laws, where tricked into voting for this charge and the vote was 8 to 1, but the record doesn't even show whether it was 8 against or 8 for this charge. There was a complete lack of ethics by the Spanish Court, as they simply "did whatever they felt like it", without obeying and adhering to their own laws. Worst was when I received the Treaty Transfer to the US, this Spanish Court intentionally put the word Murder in their documents, instead of telling the US Justice System and Interpol what it really was, "homicidio dolo eventual" and that this entire Trial in Palma de Mallorca was fraudulent and illegal.

Now I know that I had to agree not to challenge my sentence from Spain, but surely you must have an interest in Justice and the illegalities of the Spanish Judicial System, as it affect a US Citizen as myself. I was stopped by a State Trooper named Pek from the Medford State Police Barracks and he actually put the handcuffs on me and placed me in the rear of his State Police Cruiser for over 20 minutes. The reason? I was told by State Trooper Pek, that someone has placed in the NCIC system an "Alert" concerning me and it has to do with the case from Spain. This entire case from Spain has been adversely affecting me from day one here in the US. I have been having serious problems finding good employment and have a Marketing Degree from Northeastern University, I speak, read and write English, German and Spanish and having all of this Spanish Case become a case here in the US, by having derogatory statements about me in the NCIC and have the Spanish Case be in the US Law Enforcement Computer systems is nothing less, than Double Jeopardy. This case originated and exists in Spain and now is being used as a case against me here in the United States.

Please, I am asking you to have this case sealed and correct the NCIC derogatory statement, which is visible to Law Enforcement, as it is just hindering my employment and future endeavors here in the United States. If you would like to see any of the aforementioned documents, that I have mentioned, regarding the corruption and intentional manipulation of the Jurors verdict, then feel free to ask me and I will forward them to you,

Thank you, for your time in this matter.

*Diego Mas Marques*

Diego Mas Marques