# Condena de 16 años de cárcel al funcionario que lideraba la mafia en la prisión de Palma<u>Ultima Hora Mallorca</u>

- Sucesos
- Noticias

Suscríbete a Ultima Hora

Búsqueda    Buscar

FacebookTwitterGoogle plus

- PORTADA
- Noticias
- Deportes
- Sucesos
- Participa
- DIVIÉRTETE
- VIPS
- GUÍA ÚTIL
- ESPECIALES
- Clasificados
- Hemeroteca

- Noticias
- Crímenes sin resolver
- Desaparecidos
- Fotos
- Vídeos
- RSS

69
6
0



**Plan España**
PLAN ofrece distintas formas de contribuir a mejorar las

- Puntualo 2 estrellas
- Puntualo 3 estrellas
- Puntualo 4 estrellas
- Puntualo 5 estrellas

- Comentarios|8 Comentarios

Visto 1851 veces
Like  69                    0

Antonio Cao, 'Toñón' el cabecilla de un grupo de funcionarios de la cárcel de Palma que traficaba con droga, falseaba análisis de estupefacientes y que atemorizó a funcionarios y reclusos durante años ha recibido una condena de 16 años de prisión. La Audiencia también condena a doce años de prisión a su competencia directa, Mario Fernández, otro funcionario que introducía droga a cambio de sexo o dinero.

La sentencia de la Sección Primera señala: «La corrupción es despreciable desde todos los puntos de vista, pero si hay algo que repugna es que la cometa un miembro de un cuerpo de una administración pública, en este caso Instituciones Penitenciarias que tiene como fin primordial la reeducación y la reinserción social». Además añade: «Este tribunal debe hacer expresa repudia de la conducta desarrollada por los acusados Cao y Fernández quienes haciendo una clara, patente y grosera dejación de sus obligaciones, se lucraron y beneficiaron a costa de los internos y reclusos que estaban bajo su cuidado, abusaron de su posición de dominio y se aprovecharon de ellos en beneficio propio fuera puramente crematístico o de otros (sexual)».

La sentencia detalla prácticas que van desde las palizas a otros funcionarios a el cambio de analíticas de drogas para que internos que no habían consumido dieran positivo, lo que implicó en algún caso la pérdida del tercer grado.

La sentencia condena a Cao por el envío de un corazón de cerdo podrido al director de la cárcel, por tráfico de drogas, por proponer mantener relaciones sexuales a una interna y por revelar secretos de la cárcel. Los hechos ocurrieron desde el año 2002 hasta 2009, cuando el Grupo de Homicidios del Cuerpo Nacional de Policía destapó la trama. El otro condenado tiene una responsabilidad penal menor. Traficaba por su cuenta a una escala más pequeña. Sin embargo, la sentencia señala que tenía preferencias sexuales por un interno y que amenazó a la pareja de éste: «Vas a acabar sin pelo como los judíos en Alemania».

- Fotos



**Imagen del juicio, celebrado en febrero.**

25-02-2013 | ALEJANDRO SEPULVEDA


**Plan España**
PLAN ofrece distintas formas de contribuir a mejorar las condiciones de miles de niños.


**Plan España**
PLAN ofrece distintas formas de contribuir a mejorar las condiciones de miles de niños.


**Medicos sin fronteras**
¿Qué consigues con tu ayuda? Sólo 10 € al mes:


**unicef**
UNICEF busca la ayuda social para garantizar los derechos de los

# Comentar

Nombre (obligatorio):

Correo electrónico (obligatorio)